UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



RAYSHAWN WILLIAMS,

       Petitioner,

v.                       CIVIL ACTION NO. 2:15cv422

HAROLD W. CLARKE, Director,
Virginia Department of Corrections,

       Respondent.

## FINAL ORDER

This matter was initiated by petition for a writ of habeas corpus under 28 U.S.C. § 2254.  The petition alleges violation of petitioner's constitutional rights pertaining to his state convictions in 2012 for attempted murder, aggravated malicious wounding, and use of a firearm during the commission of both felonies in Richmond, Virginia.  As a result of the convictions, petitioner was sentenced to serve 38 years in prison, with 25 years suspended, resulting in a thirteen year active sentence.

The petition was referred to a United States Magistrate Judge for report and recommendation pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Local Civil Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia.  The Magistrate Judge's Report and Recommendation prepared March 18, 2015, recommends dismissal of the petition with prejudice.  The Report and Recommendation advised Petitioner of his

right to object and the time limit for doing so.   The Court has received no objections, and the time for filing objections has now expired.

Accordingly, the Court does hereby accept the findings and recommendations set forth in the Report and Recommendation dated March 18, 2015, and it is therefore ORDERED that respondent's Motion to Dismiss be GRANTED, and that the petition be DENIED and DISMISSED with prejudice.

Petitioner may appeal from the judgment entered pursuant to this Final Order by filing a written notice of appeal with the Clerk of this court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within thirty (30) days from the date of entry of such judgment.

Petitioner has failed to demonstrate a substantial showing of the denial of a constitutional right, therefore, the Court declines to issue any certificate of appealability pursuant to Rule 22(b) of the Federal Rules of Appellate Procedure.   See Miller-El v. Cockrell, 123 S.Ct. 1029, 1039 (2003).

The Clerk shall mail a copy of this Final Order to petitioner and provide an electronic copy of the Final Order to counsel of record for respondent.

/s/
Rebecca Beach Smith
Chief Judge

REBECCA BEACH SMITH
CHIEF UNITED STATES DISTRICT JUDGE

April 15 , 2016

2